UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 30 AM 11: 19

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| Plaintiff, | ) | '08 MJ 1993 |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Miguel BRAVO-Romero,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **June 29, 2008,** within the Southern District of California, defendant, **Miguel BRAVO-Romero,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF JULY, 2008.

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Miguel BRAVO-Romero**

## PROBABLE CAUSE STATEMENT

On June 29, 2008, Border Patrol Agent J. Carrillo was working in an area known as the "39 Bowl." This area is located approximately three miles west of the San Ysidro, California Port of Entry and 300 yards north of the United States/Mexico International Boundary.

Agent Carrillo was advised by the east scope operator of one individual running north from the secondary fence. The east scope operator reported that the individual had jumped into a ditch and was attempting to conceal himself. Agent Carrillo responded to the area and observed three individuals attempting to conceal themselves in some brush. Agent Carrillo identified himself as a Border Patrol Agent and conducted an immigration inspection as to their citizenship and nationality. All individuals, including one later identified as the defendant **Miguel BRAVO-Romero**, admitted to being citizens and nationals of Mexico without having any immigration documents allowing them to be or remain in the United States legally. At approximately 9:00 p.m., all three individuals were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 9, 2007,** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights, which he stated that he understood them and was willing to answer questions without having an attorney present. The defendant admitted to being a citizen and national of Mexico not in possession of any immigration documents that would allow him to be or remain in the United States legally. The defendant stated his intended destination was Los Angeles, California.