**THOMAS S. SIMS**
Attorney at Law
1775 Hancock Street, Suite 285
San Diego, California 92110
Telephone No. (619) 295-0509
Facsimile No. (619) 543-0824
Email: tsims1@san.rr.com
CA State Bar No: 99135

Attorney for Defendant,
**MIGUEL BRAVO-ROMERO**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
**(Honorable Barry Ted Moskowitz)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL BRAVO-ROMERO,<br><br>Defendant. | CASE NO. 08cr02411-BTM<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING**<br><br>**DATE: August 29, 2008**<br>**TIME: 1:30 p.m.** |

COME NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline Pineda Han, Assistant United States Attorney, and defendant, MIGUEL BRAVO-ROMERO, by and through his counsel, Thomas S. Sims, and HEREBY JOINTLY request that the Motion Hearing/Trial Setting currently scheduled for August 29, 2008, at 1:30 p.m., be continued until October 3, 2008, at 1:30 p.m.

Respectfully submitted,

Dated: August 27, 2008

s/Caroline Pineda Han
CAROLINE PINEDA HAN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA
Email: Caroline.Han@usdoj.gov

Dated: August 27, 2008

s/Thomas S. Sims
THOMAS S. SIMS
Attorney for Defendant
MIGUEL BRAVO-ROMERO
Email: tsims1@san.rr.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
**(Honorable Barry Ted Moskowitz)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MIGUEL BRAVO-ROMERO,<br>Defendant. | CASE NO. 08cr02411-BTM<br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, THOMAS S. SIMS, am a citizen of the United States and am at least eighteen years of age. My business address is 1775 Hancock Street, Ste. 285, San Diego, California, 92110.

I am not a party to the above-entitled action. I hereby certify that I have caused to be served the **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** to the following ECF participants on this case:

**Caroline Pineda Han**
Caroline.Han@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008.

s/Thomas S. Sims
THOMAS S. SIMS