**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
**(Honorable Barry Ted Moskowitz)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MIGUEL BRAVO-ROMERO,<br>Defendant. | CASE NO. 08cr02411-BTM<br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

JOINT MOTION HAVING BEEN ENTERED BY ALL PARTIES, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in the above-entitled matter be continued from the presently scheduled date of August 29, 2008, at 1:30 p.m., to October 3, 2008, at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: August 28, 2008

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge